IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPEN NETWORK SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON, INC.,<br><br>Defendant. | Civil Action No. 1:14-cv-00618-SLR |
| OPEN NETWORK SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 1:14-cv-00621-SLR |

**MOTION TO DISMISS OF DEFENDANTS
AMAZON.COM, INC. AND MICROSOFT CORPORATION**

Defendants Amazon.com, Inc. and Microsoft Corporation (together, "Defendants") hereby respectfully move to dismiss the Complaints in these actions for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101. The grounds for this motion are fully set forth in Defendants' accompanying opening brief.

{00897517;v1 }

                                         ASHBY & GEDDES

                                         */s/ Tiffany Geyer Lydon*
                                         _____
                                         Steven J. Balick (#2114)
                                         Tiffany Geyer Lydon (#3950)
                                         Andrew C. Mayo (#5207)
                                         500 Delaware Avenue, 8th Floor
                                         P.O. Box 1150
                                         Wilmington, DE 19899
                                         (302) 654-1888
                                         sbalick@ashby-geddes.com
                                         tlydon@ashby-geddes.com
                                         amayo@ashby-geddes.com

                                         Counsel for Defendants AMAZON.COM, INC. and MICROSOFT CORPORATION

*Of Counsel:*

Michael J. Bettinger
Holly A. Hogan
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
(415) 882-8200
michael.bettinger@klgates.com
holly.hogan@klgates.com

Christopher Centurelli
David A. Simons
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
christopher.centurelli@klgates.com
david.simons@klgates.com


September 25, 2014

{00897517;v1 }