IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPEN NETWORK SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON, INC., <br><br> Defendant. | Civil Action No. 1:14-cv-00618-SLR |

## **MOTION TO DISMISS OF DEFENDANT AMAZON.COM, INC.**

Defendant Amazon.com, Inc. hereby respectfully moves to dismiss the Complaint in this action for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 112. The grounds for this motion are fully set forth in Defendant's accompanying opening brief.

        ASHBY & GEDDES

        */s/ Tiffany Geyer Lydon*
        _____
        Steven J. Balick (#2114)
        Tiffany Geyer Lydon (#3950)
        Andrew C. Mayo (#5207)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        tlydon@ashby-geddes.com
        amayo@ashby-geddes.com

        Counsel for Defendant AMAZON.COM, INC.

*Of Counsel:*

Michael J. Bettinger
Holly A. Hogan
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
(415) 882-8200
michael.bettinger@klgates.com
holly.hogan@klgates.com

Christopher Centurelli
David A. Simons
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
christopher.centurelli@klgates.com
david.simons@klgates.com


September 25, 2014